

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1672-15

**CHARLES ROBERTS, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FOURTEENTH COURT OF APPEALS HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of murder and sentenced to fifty years' imprisonment. In the first issue on appeal, Appellant claimed that the trial court erroneously admitted evidence of a prior misdemeanor conviction because it was not a crime of moral turpitude and because the evidence was more prejudicial than probative. The court of appeals affirmed, holding that Appellant had not preserved the issue of whether the prior conviction was a crime of

moral turpitude because he did make such an objection to the trial court. Appellant's only objection asserted that the evidence of the assault was more prejudicial than probative. *Roberts v. State*, No. 14-14-00874-CR (Tex. App.–Houston [14th Dist.], December 17, 2015). Appellant petitioned this Court for discretionary review.

Appellant contends that the court of appeals did not address every issue that he raised on appeal, as required by *Light v. State*, 15 S.W.3d 104, 105 (Tex. Crim. App. 2000). Appellant's brief on appeal argued that the prior offense was improperly admitted because it was not a crime of moral turpitude, and in the alternative, that it was improperly admitted because it was more prejudicial than probative. The court of appeals did not address the latter claim.

Therefore, we vacate the judgment of the Court of Appeals and remand for that court to consider Appellant's alternative argument which was presented as part of his first issue on appeal.

Delivered: April 13, 2016
Do not publish